# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**Pablo Goico**

    vs.

**Joseph F. David, Superintendent, Greene Correctional Facility**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:04-CV-1090

____   **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT THE COURT ADOPTS THE REPORT-RECOMMENDATION AND DISMISSES THE PETITION.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED ON JANUARY 16, 2008.

Dated:  January 16, 2008

*Lawrence K. Baerman*
Clerk of Court

s/ S. Potter
By:  Deputy Clerk